■ In the Matter of CONSTANCE NN., a Child Alleged to be Abused. TIOGA COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent; PETER NN., Appellant. [849 NYS2d 328]—Carpinello, J. Appeal from an order of the Family Court of Tioga County (Sgueglia, J.), entered January 2, 2007, which granted petitioner's application, in a proceeding pursuant to Family Ct Act article 10, to adjudicate respondent's child to be abused.

Following a hearing, Family Court determined that respondent sexually abused his young daughter. On appeal, respondent advances only one argument, namely, that Family Court erred in admitting a certain videotape into evidence without a proper foundation and/or authentication. This issue, however, was not properly preserved by an appropriate objection and, thus, has been waived (*see* CPLR 4017, 5501 [a] [3]; *Matter of Henry W.*, 30 AD3d 695, 696 [2006]; *Matter of Antonia QQ.*, 1 AD3d 841, 842 [2003]; *Matter of Karen BB.*, 216 AD2d 754, 756-757 [1995]; *see also Matter of Diamond K.*, 31 AD3d 553 [2006]; *Matter of "Baby Girl" Q.*, 14 AD3d 392, 393 [2005], *lv denied* 5 NY3d 704 [2005]; *Matter of Diaz v Santiago*, 8 AD3d 562, 563 [2004]). There being no other issue raised, we affirm Family Court's order.

Cardona, P.J., Peters, Spain and Lahtinen, JJ., concur. Ordered that the order is affirmed, without costs.